**ORIGINAL**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Dropbox, Inc. Account(s):morrisgraber@gmail.com;<br>kirakeegan6@gmial.com; lovelymain1982@gmail.com at<br>1800 Owens St., Suite 200, San Fancisco, CA 94158 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    4:24-SW-98

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _June 28, 2024_ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Douglas E. Miller_____
United States Magistrate Judge *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  _June 18 2024; 2 Am_                          _____
                                                                                              *Judge's signature*

City and state:      Norfolk, Virginia                    The Honorable Douglas E. Miller, U.S. Magistrate Judge
                                                                                  *Printed name and title*

ORIGINAL

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:24-SW-98 | Date and time warrant executed:<br>June 18, 2024 4:30 pm | Copy of warrant and inventory left with:<br>Dropbox, Inc. |
| Inventory made in the presence of : Jason Brumbelow | | |

Inventory of the property taken and name of any person(s) seized:

Records and identifying information associated with the Drop Box, Inc. account associated with the email adress: morrisgraber@gmail.com

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 23, 2024

_Jason Brumbelow_
Executing officer's signature

Jason Brumbelow, Special Agent
Printed name and title

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information related to the Dropbox accounts associated with email addresses morrisgraber@gmail.com, kirakeegan6@gmail.com, and lovelymain1982@gmail.com that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., a company headquartered at 1800 Owens Street, Suite 200, San Francisco, CA 94158.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Dropbox, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox, including any messages, records, files, logs, or information that have been deleted but are still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox, is required to disclose the following information to the government, in unencrypted form whenever available, for each account or identifier listed in Attachment A:

a.    The contents of all files stored or that were stored in the account, from the account from December 1, 2022 until May 6, 2024;

b.    All records or other information regarding the identification of the account, to in include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files; for the period of December 1, 2022 until May 6, 2024; and

d.    All records pertaining to communications between Dropbox and any person regarding the account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All records within the Dropbox accounts associated with email accounts morrisgraber@gmail.com, kirakeegan6@gmail.com, and lovelymain1982@gmail.com that relate to violations of 18 U.S.C. § 2252A(a)(1) and §2252A(a)(5)(B), specifically the possession of visual depictions of minors engaging in sexually explicit conduct and child pornography, including: relating to material involving the sexual exploitation of minors, including:

1.    Child pornography, child erotica, and visual depictions of minors engaged in sexually explicit conduct;

2.    Records and information that could be used to identify any children that appear in the materials described in item "1," above;

3.    Records, information, data, meta-data, correspondence, documents or other materials constituting evidence of or pertaining to materials described in item "1," above (namely child pornography, child erotica, and visual depictions of minors engaged in sexually explicit conduct), or constituting evidence of or pertaining to the knowing transportation or possession of materials described in item "1," or constituting evidence of or pertaining to an interest in child pornography or sexual activity with children, including:

a.    Correspondence or communications, as well as records and information that could be used to identify the participants in any such correspondence or communications;

b.    Internet usage records, usernames, logins, passwords, e-mail addresses and identities assumed for the purposes of communication on the Internet, billing, accounts, and subscriber records, membership in online groups, clubs or services, connections to online or remote computer storage, and electronic files;

c.    Diaries, address books, names, and lists of names and addresses of individuals who

may have been contacted by internet websites;

d.    Shared images, "friends lists" and "thumbnails"; and

e.    Financial records, including credit card information relating to purchases of materials described in item "1."

f.    All information described above in Section I that constitutes contraband, fruits, evidence and/or instrumentalities of violations, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

g.    The identity of the person(s) who created or used gmail accounts morrisgraber@gmail.com and kirakeegan6@gmail.com, including records that help reveal the whereabouts of such person(s);

h.    Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the crime under investigation and the account subscriber;

i.    Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

j.    Communications that discuss the production or distribution of child pornography.

k.    Communications between that that discuss commercial sex acts with minors or adults, to include identified and unidentified minor or adult victims.

l.    Images and attachments exchanged between the with identified or unknown minor victims.

m.    Communications between any individuals that discuss this investigation or attempts to obstruct this investigation.

n.    Steps taken in furtherance of any such schemes.

o.     Any and all evidence indicating in any way a motive to engage in the Specified Federal Offenses.

p.     Financial records and documents relating to payments in exchange for images depicting the sexual abuse of minors;

q.     Any records pertaining to the online posting of images depicting the sexual abuse of minors;

r.     Evidence indicating the subscriber's state of mind as it relates to the crime under investigation; and

s.     Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

t.     Steps taken in furtherance of any such schemes.